

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Richmond Local Office**

400 N. 8th Street, Suite 350
Richmond, VA 23219
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Direct Dial: (804) 771-2200
ADR/Legal FAX (804) 771-2224
Main FAX (804) 592-3799
Website: www.eeoc.gov

January 7, 2021

Thomas Strelka
**c/o Stacey Reichler**
STRELKA LAW OFFICE, PC
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011

Ramesh Murthy, Attorney for Respondent
PENN STUART
208 East Main Street
Abingdon, VA 24210

Re: **Stacey Reichler vs. Town of Abingdon**
    **Charge Number: 438-2020-00692**

RECISSION OF NOTICE OF RIGHT TO SUE

In accordance with 29 C.F.R., Sec 1601.28, the Notice of Right to Sue issued by request of the Charging Party, on January 6, 2021 is hereby rescinded. The Notice was issued in error and is invalid. The charge and its request will be forwarded to the Department of Justice for issuance.

On Behalf of the Commission:

January 7, 2021                            Daron L. Calhoun
_____                            Digitally signed by Daron L. Calhoun
Date                                       DN: cn=Daron L. Calhoun, o=Equal Employment Opportunity Commission, ou=Richmond Local Office, email=daron.calhoun@eeoc.gov, c=US
                                           Date: 2021.01.07 17:09:20 -05'00'
                                           _____
                                           Daron L. Calhoun, Director
                                           Richmond Local Office