IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

STACEY LYNN REICHLER,            )
                                 )
    Plaintiff,                   )
                                 )
                                 )
v.                               )     Case No. 1:21CV70637
                                 )
                                 )
THE TOWN OF ABINGDON,            )
                                 )
    Defendant.                   )

## AGREED ORDER GRANTING MOTION TO AMEND RESPONSIVE PLEADINGS

    This matter is before the Court upon the motion of defendant, The Town of Abingdon ("Abingdon"), for leave to amend its responsive pleadings. Upon consideration of the motion and agreement of counsel, the Court hereby GRANTS the Motion to Amend Responsive Pleadings. Abingdon's amended responsive pleading, attached as Exhibit 1 to their Motion, is deemed filed as of the date of entry of this Order.

    ENTER this _____ day of _____, 2022.


                                          _____
                                          Judge

EXHIBIT 2

REQUESTED:

Cameron S. Bell (VSB No. 47685)
PennStuart
Post Office Box 2288
Abingdon, Virginia  24212
Phone: 276/628-5151
Fax:  276/628-5621
Email:  cbell@pennstuart.com

By:   *s/Cameron S. Bell*
      Cameron S. Bell
      *Counsel for Town of Abingdon*


SEEN AND AGREED:

Thomas E. Strelka
Strelka Law Office, PC
119 Norfolk Avenue SW
Suite 330, Warehouse Road
Roanoke, Virginia 24011
540-283-0802/office
thomas@strelkalaw.com


By:   s/Thomas E. Strelka
      Thomas E. Strelka
      *Counsel for Plaintiff*