IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| STACEY LYNN REICHLER,<br>　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Case No. 1:21cv70637<br>)<br>) |
| THE TOWN OF ABINGDON,<br>　　　Defendant. | )<br>) |

## AGREED ORDER GRANTING
## MOTION TO AMEND RESPONSIVE PLEADINGS

　　This matter is before the Court upon the motion of defendant, The Town of Abingdon, ("Abingdon"), for leave to amend its responsive pleadings, (Docket Item No. 34) ("Motion"). Upon consideration of the Motion and agreement of counsel, the court hereby **GRANTS** the Motion. Abingdon's amended responsive pleading, attached as Exhibit 1 to their Motion, is deemed filed as Abingdon's Amended Answer of the date of entry of this Order.

　　**ENTERED**: September 28, 2022.

　　　　　　　　　　　　　　　　　　　*s/ Pamela Meade Sargent*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1