IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

| | | |
|---|---|---|
| STACEY LYNN REICHLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21CV70637 |
| | ) | |
| THE TOWN OF ABINGDON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AND AMEND RESPONSIVE PLEADINGS

This matter is before the Court upon the motion of defendant, The Town of Abingdon ("Abingdon"), for leave to withdraw and amend its responsive pleadings. Abingdon had previously filed an amended answer, which it moves to withdraw and file a second amended answer. The plaintiff does not oppose this amendment. An agreed order is attached as Exhibit 1 to the motion and the proposed Amended Answer is attached as Exhibit 2.

TOWN OF ABINGDON<br>By Counsel

Ramesh Murthy
 VSB No. 31801
Cameron S. Bell
 VSB No. 47685
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
cbell@pennstuart.com
By  /s/ Cameron S. Bell
    Cameron S. Bell
    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Cameron S. Bell
Cameron S. Bell