IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

| | |
|---|---|
| STACEY LYNN REICHLER,  )<br>　　Plaintiff,　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>THE TOWN OF ABINGDON,　 )<br>　　Defendant.　　　　　　　 )　 | Case No. 1:21cv70637 |

## AGREED ORDER GRANTING MOTION
## TO AMEND RESPONSIVE PLEADINGS

This matter is before the court upon the motion of defendant, The Town of Abingdon, ("Abingdon"), for leave to withdraw and amend its responsive pleading, (Docket Item No. 38) ("Motion"). Upon consideration of the Motion and agreement of counsel, the court hereby **GRANTS** the Motion. Abingdon's Amended Answer is deemed withdrawn and amended responsive pleading, attached as Exhibit 2 to their Motion, is deemed filed as of the date of entry of this Order.

**ENTERED**: November 2, 2022.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE