IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

| | |
|---|---|
| STACEY LYNN REICHLER, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | )   Case No. 1:21CV70637 |
| THE TOWN OF ABINGDON, | ) ) ) ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

The parties hereto stipulate and agree that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.

Dated: November 9, 2022

AGREED:

/s/ Thomas E. Strelka
Thomas E. Strelka (VSB # 75488)
Strelka Employment Law
4227 Colonial Avenue
Roanoke, Virginia 24018
Phone:  540-283-0802
Email:  thomas@strelkalaw.com
*Counsel for Plaintiff*

/s/ Cameron S. Bell
Cameron S. Bell (VSB # 47685)
PennStuart
Post Office Box 2288
Abingdon, Virginia 24212
Phone: 276/628-5151
Fax:  276/628-5621
Email:  cbell@pennstuart.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of November, 2022, I filed the foregoing on the Court's CM/ECF system which will send notification of such filing to:

Cameron S. Bell, Esq.
PennStuart
Post Office Box 2288
Abingdon, VA  24212
cbell@pennstuart.com

*Counsel for Defendant*

                                           /s/ Thomas E. Strelka